Barry Sloan, DO, a/a/o Daniel Mercado, Plaintiff-Respondent, 
against
Global Liberty Insurance Company of New York, Defendant-Appellant.



Defendant, as limited by its brief, appeals from so much of an order of the Civil Court of the City of New York, Bronx County (Marian C. Doherty, J.), entered December 13, 2018, as denied its motion for summary judgment on the issue of medical necessity.




Per Curiam.
Order (Marian C. Doherty, J.), entered December 13, 2018, insofar as appealed from, affirmed, with $10 costs. 
We agree with Civil Court that the conflicting medical expert opinions adduced by the parties sufficed to raise a triable issue as to the medical necessity of the physical therapy underlying plaintiff's claims (see Palisade Surgery Ctr. LLC v Allstate Prop. & Cas. Ins. Co., 54 Misc 3d 129[A], 2016 NY Slip Op 51824[U] [App Term, 1st Dept 2016]; AP Diagnostic Med., P.C. v Chubb Indem. Ins. Co., 41 Misc 3d 126[A], 2013 NY Slip Op 51647[U] [App Term, 1st Dept 2013]; Doctor Richard Med., P.C. v Praetorian Ins. Co., 37 Misc 3d 128[A], 2012 NY Slip Op 51909[U] [App Term, 1st Dept 2012]). Thus, the defendant's motion for summary judgment on the ground of lack of medical necessity was properly denied.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: April 15, 2019